| | |
|---|---|
| 1 | Adam J. Thurston (SBN: 162636) |
| 2 | Melissa B. Bonfiglio (SBN: 223172) |
|   | **EISENBERG RAIZMAN THURSTON & WONG LLP** |
| 3 | 10880 Wilshire Boulevard, Eleventh Floor |
|   | Los Angeles, California 90024 |
| 4 | Telephone: (310) 445-4409 |
|   | Facsimile:  (310) 445-4410 |
| 5 | E-mail:    athurston@ertwllp.com |
| 6 |            mbonfiglio@ertwllp.com |

JS-6

7  Michael R. Friscia (to apply *pro hac vice*)
   **MCCARTER & ENGLISH LLP**
8  Four Gateway Center
   100 Mulberry Street
9  Newark, New Jersey 07102
10 Telephone: (973) 622-4444
   Facsimile:  (973) 624-7070
11 E-mail:    mfriscia@mccarter.com

12 Attorneys for Plaintiffs
   ASICS CORPORATION and
13 ASICS AMERICA CORPORATION

14

15                    **UNITED STATES DISTRICT COURT**

16                    **CENTRAL DISTRICT OF CALIFORNIA**

17

| | | |
|---|---|---|
| 18 | ASICS CORPORATION, a Japanese | Case No. CV08-6407-AHM (JCx) |
| 19 | corporation; and ASICS AMERICA | |
|    | CORPORATION, a California | **ORDER TO DISMISS ACTION WITH** |
| 20 | corporation, | **PREJUDICE** |
| 21 | | |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | DOLCE & GABBANA, S.R.L., an | |
| 25 | Italian corporation; and DOLCE & | |
|    | GABBANA USA INC., a Delaware | |
| 26 | corporation, | |
| 27 | | |
| 28 | Defendants. | |

22874                                           **ORDER TO DISMISS WITH PREJUDICE**

Pursuant to the confidential settlement entered into by ASICS Corporation, ASICS America Corporation, Dolce & Gabbana, S.R.L., and Dolce & Gabbana USA Inc., and the Stipulation of Parties to Dismiss Action With Prejudice, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Each party shall bear her or its own costs and fees.

Dated: July 17, 2009

_____
U.S. DISTRICT COURT JUDGE

**JS-6**

EISENBERG RAIZMAN THURSTON & WONG LLP
10880 Wilshire Blvd, Eleventh Floor
Los Angeles, California 90024